UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E.T., *individually and on behalf of her child, S.M.*,

        Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/2023
```

22-CV-9578 (AS) (BCM)

**ORDER SCHEDULING PRE-SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court will hold a pre-settlement telephonic conference with counsel only on **November 16, 2023**, at **2:00 p.m.** A few minutes before the scheduled time, counsel must call (888) 557-8511 and enter the access code 7746387.

    No later than **November 14, 2023**, the parties shall jointly submit a confidential letter to chambers by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov, updating the Court on settlement negotiations to date, including the date and time of the parties' last good-faith settlement discussion and the terms of each party's most recent demand or offer.

    At the conference, counsel must be prepared to discuss their availability, and the availability of their clients and/or representatives with settlement authority, for an in-person settlement conference, if the need for such a conference arises.

Dated:  New York, New York  
        October 13, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**