```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E.T., *individually and on behalf of her child, S.M.*,

        Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

        Defendants.

22-CV-9578 (AS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

No later than **November 30, 2023**, the parties shall jointly file a letter on ECF advising the Court whether the case has settled.

Dated: New York, New York
       November 16, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**